# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Beverly Ann Williams | § | Case No. 14-15049 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/22/2014. The undersigned trustee was appointed on 04/22/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   147,998.70

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 68,948.15 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 2,926.08 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]       $ | 76,124.47 |

   The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/01/2016 and the deadline for filing governmental claims was 09/01/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,093.46 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,093.46 , for a total compensation of $ 9,093.46 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 8.58 , for total expenses of $ 8.58 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/20/2017                By:/s/STEVEN R. RADTKE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-15049 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Beverly Ann Williams | | | | Date Filed (f) or Converted (c): | 04/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 11/20/2017 | | | | Claims Bar Date: | 09/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with 5/3 Bank | 31.00 | 31.00 | | 0.00 | FA |
| 2. Checking account with First American Bank | 343.00 | 343.00 | | 0.00 | FA |
| 3. Security Deposit with Landlord | 0.00 | 0.00 | | 0.00 | FA |
| 4. TV, DVD player, computer, cellphone, sofa, dining set, small | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. Books, CD's, DVD's. Tapes/Records, Family Pictures | 150.00 | 150.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 200.00 | 200.00 | | 0.00 | FA |
| 7. Camera | 25.00 | 25.00 | | 0.00 | FA |
| 8. Debtors has representation in a class action claim against T | Unknown | 147,998.70 | | 147,998.70 | FA |
| 9. Expected 2013 income tax refund | 250.00 | 250.00 | | 0.00 | FA |
| 10. 2001 Toyota Corolla S, 150,000 miles. | 1,597.00 | 1,597.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,596.00 | $152,594.70 | | $147,998.70 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

6/2017  Obtained approval of settlement, allowance of fees and costs and payment of liens; filing supplemental 9019 motion to seek approval of previously undisclosed common benefit fee required by district court to be paid out of settlement proceeds

4/2017 Case settled; Trustee to obtain approval of same from Court

11/2016 Special counsel advised status of case

6/2016 Trustee has retained special counsel to pursue Debtor's claim

4/2016  Trustee reported to Court status of case

1/19/16 First payment on settlement due in June 2016 . See email. Check back end of March

10/23/15  Debtor is part of a mass tort civil lawsuit against a pharmaceutical company.  The litigation is pending in California and the value of the Debtor's claim is unknown.  A claims administrator is reviewing claims. The Trustee has been informed that claim values may be determined sometime in 2016.

Debtor involved in class action personal injury case; litigation pending in California


Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 06/30/2018

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-15049 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Beverly Ann Williams | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6370 |
| | Checking |
| Taxpayer ID No: XX-XXX2849 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/17 | | ACTOS Settlement Fund 20173302 | Settlement proceeds from ACTOS | | $131,560.84 | | $131,560.84 |
| | | | Gross Receipts  $147,998.70 | | | | |
| | | Commons Benefit Fees Withholding | ACTOS Attorney's Fees per court order dated 7/6/17  ($12,727.89) | 3991-000 | | | |
| | | Common Benefit Costs | ACTOS Attorney's Costs per court order dated 7/16/17  ($2,959.97) | 3992-000 | | | |
| | | Garretson Resolution Group, Lien Resolution Administrator | LRA Fee  ($750.00) | 3991-000 | | | |
| | 8 | | Debtors has representation in a class action claim against T  $147,998.70 | 1142-000 | | | |
| 09/13/17 | | ACTOS Settlement Fund 201725500 | Return of LRA Fee | 3991-000 | | ($750.00) | $132,310.84 |
| 09/13/17 | 1002 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Bouelvard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court  dated 7/6/17 Reversal<br><br>Order approved $6,887.85 and authorized ACTOS Claims Administrator to withhold $2,959.97 to reimburse attorneys who created ACTOS Common Benefit Fund. Costs to special counsel should be $3,927.88 | 3220-000 | | ($6,887.85) | $139,198.69 |
| 09/13/17 | 1001 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Fees to Trustee's Special Counsel per order of Court  dated 7/6/17 Reversal<br><br>Payee names too large to fit in space provided with address. A new check will be issued showing the payee names only. | 3210-000 | | ($49,332.41) | $188,531.10 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $131,560.84 | ($56,970.26) |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-15049 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Beverly Ann Williams | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6370 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2849 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/17 | 1004 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 Reversal  Payee names too large to fit in space provided with address. A new check will be issued showing the payee names only. | 3220-000 | | ($3,927.88) | $192,458.98 |
| 09/13/17 | 1001 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Fees to Trustee's Special Counsel per order of Court dated 7/6/17 | 3210-000 | | $49,332.41 | $143,126.57 |
| 09/13/17 | 1002 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Bouelvard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 | 3220-000 | | $6,887.85 | $136,238.72 |
| 09/13/17 | 1003 | GRG Lien Repayment Trust Garretson Resolution Group ATTN: Lien Payment Processor 4064 Colony Road, 2nd Floor Charlotte, NC 28211 | ACTOS; Giradi Keese Payment of 3 Healthcare Liens | 4220-000 | | $2,926.08 | $133,312.64 |
| 09/13/17 | 1004 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 | 3220-000 | | $3,927.88 | $129,384.76 |
| 09/13/17 | 1005 | James Gaughan O'Callahan & the law firm of Girardi Keese and Steven D. Gacovino & the law firim of Gacovino, Lake & Associates, P.C. | Attorneys' Fees to Trustee's Special Counsel per order of Court dated 7/6/17 | 3210-000 | | $49,332.41 | $80,052.35 |
| 09/13/17 | 1006 | James Gaughan O'Callahan & the law firm of Girardi Keese and Steven D. Gacovino & the law firm of Gacovino, Lake & Associates, P.C. | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 | 3220-000 | | $3,927.88 | $76,124.47 |
| | | | COLUMN TOTALS | | $131,560.84 | $55,436.37 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:            $0.00        $112,406.63

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $131,560.84 | $55,436.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $131,560.84 | $55,436.37 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6370 - Checking | $131,560.84 | $55,436.37 | $76,124.47 |
|  | $131,560.84 | $55,436.37 | $76,124.47 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $16,437.86 |
| Total Net Deposits: | $131,560.84 |
| Total Gross Receipts: | $147,998.70 |

## Exhibit C - Analysis of Claims Register
### Case: 14-15049-CAD BEVERLY ANN WILLIAMS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>,<br><2100-00 Trustee Compensation> | 9,093.46 | 9,093.46 | 0.00 | 9,093.46 | 9,093.46 |
| | | 100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>,<br><2200-00 Trustee Expenses> | 8.58 | 8.58 | 0.00 | 8.58 | 8.58 |
| | | 100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>,<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | 11,400.00 | 11,400.00 | 0.00 | 11,400.00 | 11,400.00 |
| | | 100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>,<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | 70.34 | 70.34 | 0.00 | 70.34 | 70.34 |
| | | | **Total for Priority 100   100.00 % Paid** | **20,572.38** | **20,572.38** | **0.00** | **20,572.38** | **20,572.38** |
| | | | **Total for Ch. 7 Admin Claims:** | **20,572.38** | **20,572.38** | **0.00** | **20,572.38** | **20,572.38** |

### Unsecured Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/16/16 | 300 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001<br><7100-00 General Unsecured 726(a)(2)> | 4,587.46 | 4,587.46 | 0.00 | 4,587.46 | 4,587.46 |
| 2 | 06/16/16 | 300 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001<br><7100-00 General Unsecured 726(a)(2)> | 12,789.11 | 12,789.11 | 0.00 | 12,789.11 | 12,789.11 |
| 3 | 08/03/16 | 300 | State Farm Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701<br><7100-00 General Unsecured 726(a)(2)> | 6,952.48 | 6,952.48 | 0.00 | 6,952.48 | 6,952.48 |
| | | | **Total for Priority 300   100.38 % Paid** | **24,329.05** | **24,329.05** | **0.00** | **24,329.05** | **24,329.05** |

## Exhibit C - Analysis of Claims Register

### Case: 14-15049-CAD BEVERLY ANN WILLIAMS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | **Total for Unsecured Claims:** | 24,329.05 | 24,329.05 | 0.00 | 24,329.05 | 24,329.05 |

**Secured Claims**

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 999 | Beverly Ann Williams<br>1967 N. 19TH AVENUE<br>APT# 5<br>MELROSE PARK, IL  60160 | 31,129.56 | 31,129.56 | 0.00 | 31,129.56 | 31,129.56 |
| | | | <8200-00 Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners)> | | | | | |
| | | | **Total for Priority  999   100.00 % Paid** | 31,129.56 | 31,129.56 | 0.00 | 31,129.56 | 31,129.56 |
| | | | **Total for Secured Claims:** | 31,129.56 | 31,129.56 | 0.00 | 31,129.56 | 31,129.56 |

**Interest Claims**

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1i | 06/16/16 | 640 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001 | 17.63 | 17.63 | 0.00 | 17.63 | 17.63 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 2i | 06/16/16 | 640 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001 | 49.14 | 49.14 | 0.00 | 49.14 | 49.14 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 3i | 08/03/16 | 640 | State Farm Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | 26.71 | 26.71 | 0.00 | 26.71 | 26.71 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| | | | **Total for Priority  640   100.00 % Paid** | 93.48 | 93.48 | 0.00 | 93.48 | 93.48 |
| | | | **Total for Interest Claims:** | 93.48 | 93.48 | 0.00 | 93.48 | 93.48 |
| | | | **Total for Case:** | 76,030.99 | 76,030.99 | 0.00 | 76,030.99 | 76,124.47 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15049
Case Name: Beverly Ann Williams
Trustee Name: STEVEN R. RADTKE

Balance on hand $ 76,124.47

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 9,093.46 | $ 0.00 | $ 9,093.46 |
| Trustee Expenses: STEVEN R. RADTKE | $ 8.58 | $ 0.00 | $ 8.58 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 11,400.00 | $ 0.00 | $ 11,400.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 70.34 | $ 0.00 | $ 70.34 |

Total to be paid for chapter 7 administrative expenses    $    20,572.38

Remaining Balance    $    55,552.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,329.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | $ 4,587.46 | $ 0.00 | $ 4,587.46 |
| 2 | Fifth Third Bank | $ 12,789.11 | $ 0.00 | $ 12,789.11 |
| 3 | State Farm Bank | $ 6,952.48 | $ 0.00 | $ 6,952.48 |

Total to be paid to timely general unsecured creditors     $     24,329.05

Remaining Balance     $     31,223.04

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 93.48 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 31,129.56 .