UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-15049 |
| | ) | |
| BEVERLY ANN WILLIAMS, | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtors. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **November 30, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

WilliamsBNFRCrtSrv

# SERVICE LIST
# BEVERLY ANN WILLIAMS, DEBTOR
# CASE NO. 14-15049

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Beverly Ann Williams
1967 N. 19th Avenue
Apt# 5
Melrose Park, IL  60160

Fifth Third Bank
PO Box 9013
Addison, TX 75001

State Farm Bank
c/o Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

WilliamsBTFRSrvList