# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Beverly Ann Williams | § | Case No. 14-15049 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: 5,399.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 27,348.61      Claims Discharged
                                                 Without Payment: 30,368.00

Total Expenses of Administration: 89,520.53

---

3) Total gross receipts of $ 147,998.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 31,129.56 (see **Exhibit 2**), yielded net receipts of $ 116,869.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,926.08 | $ 2,926.08 | $ 2,926.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 89,520.53 | 89,520.53 | 89,520.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,463.00 | 24,329.05 | 24,329.05 | 24,422.53 |
| **TOTAL DISBURSEMENTS** | $ 54,463.00 | $ 116,775.66 | $ 116,775.66 | $ 116,869.14 |

    4) This case was originally filed under chapter 7 on 04/22/2014 . The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/05/2018      By:/s/STEVEN R. RADTKE
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtors has representation in a class action claim against T | 1142-000 | 147,998.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 147,998.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Beverly Ann Williams | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 31,129.56 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 31,129.56** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GRG Lien Repayment Trust | 4220-000 | NA | 2,926.08 | 2,926.08 | 2,926.08 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 2,926.08** | **$ 2,926.08** | **$ 2,926.08** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 9,093.46 | 9,093.46 | 9,093.46 |
| STEVEN R. RADTKE | 2200-000 | NA | 8.58 | 8.58 | 8.58 |
| STEVEN R. RADTKE | 3110-000 | NA | 11,400.00 | 11,400.00 | 11,400.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 70.34 | 70.34 | 70.34 |
| James Gaughan O'Callahan & the law firm of Girardi Keese | 3210-000 | NA | 49,332.41 | 49,332.41 | 49,332.41 |
| James Gaughan O'Callahan & the law firm of Girardi Keese | 3220-000 | NA | 3,927.88 | 3,927.88 | 3,927.88 |
| ACTOS Settlement Fund 201725500 | 3991-000 | NA | -750.00 | -750.00 | -750.00 |
| Commons Benefit Fees Withholding | 3991-000 | NA | 12,727.89 | 12,727.89 | 12,727.89 |
| Garretson Resolution Group, Lien Resolution Administrator | 3991-000 | NA | 750.00 | 750.00 | 750.00 |
| Common Benefit Costs | 3992-000 | NA | 2,959.97 | 2,959.97 | 2,959.97 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 89,520.53 | $ 89,520.53 | $ 89,520.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 13,424.00 | NA | NA | 0.00 |
| | 2 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 3 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Gecrb/Walmart Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | 148.00 | NA | NA | 0.00 |
| | 8 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 9 UNVL/CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 16,796.00 | NA | NA | 0.00 |
| 1 | Fifth Third Bank | 7100-000 | 4,502.00 | 4,587.46 | 4,587.46 | 4,587.46 |
| 2 | Fifth Third Bank | 7100-000 | 12,641.00 | 12,789.11 | 12,789.11 | 12,789.11 |
| 3 | State Farm Bank | 7100-000 | 6,952.00 | 6,952.48 | 6,952.48 | 6,952.48 |
| | Fifth Third Bank | 7990-000 | NA | NA | NA | 66.77 |
| | State Farm Bank | 7990-000 | NA | NA | NA | 26.71 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 54,463.00 | $ 24,329.05 | $ 24,329.05 | $ 24,422.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-15049 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Beverly Ann Williams | | | | Date Filed (f) or Converted (c): | 04/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 03/05/2018 | | | | Claims Bar Date: | 09/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with 5/3 Bank | 31.00 | 31.00 | | 0.00 | FA |
| 2. Checking account with First American Bank | 343.00 | 343.00 | | 0.00 | FA |
| 3. Security Deposit with Landlord | 0.00 | 0.00 | | 0.00 | FA |
| 4. TV, DVD player, computer, cellphone, sofa, dining set, small | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. Books, CD's, DVD's. Tapes/Records, Family Pictures | 150.00 | 150.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 200.00 | 200.00 | | 0.00 | FA |
| 7. Camera | 25.00 | 25.00 | | 0.00 | FA |
| 8. Debtors has representation in a class action claim against T | Unknown | 147,998.70 | | 147,998.70 | FA |
| 9. Expected 2013 income tax refund | 250.00 | 250.00 | | 0.00 | FA |
| 10. 2001 Toyota Corolla S, 150,000 miles. | 1,597.00 | 1,597.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,596.00 | $152,594.70 | | $147,998.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

6/2017  Obtained approval of settlement, allowance of fees and costs and payment of liens; filing supplemental 9019 motion to seek approval of previously undisclosed common benefit fee required by district court to be paid out of settlement proceeds

4/2017 Case settled; Trustee to obtain approval of same from Court

11/2016 Special counsel advised status of case

6/2016 Trustee has retained special counsel to pursue Debtor's claim

4/2016  Trustee reported to Court status of case

1/19/16 First payment on settlement due in June 2016 . See email. Check back end of March

10/23/15  Debtor is part of a mass tort civil lawsuit against a pharmaceutical company.  The litigation is pending in California and the value of the Debtor's claim is unknown.  A claims administrator is reviewing claims. The Trustee has been informed that claim values may be determined sometime in 2016.

Debtor involved in class action personal injury case; litigation pending in California


Initial Projected Date of Final Report (TFR): 06/30/2017         Current Projected Date of Final Report (TFR): 06/30/2018

Page: 1
Case 14-15049  Doc 40  Filed 03/14/18  Entered 03/14/18 14:50:23  Desc Main
Document  Page 9 of 13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-15049 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Beverly Ann Williams | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6370 |
| | Checking |
| Taxpayer ID No: XX-XXX2849 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/17 | | ACTOS Settlement Fund 20173302 | Settlement proceeds from ACTOS | | $131,560.84 | | $131,560.84 |
| | | | Gross Receipts  $147,998.70 | | | | |
| | | Commons Benefit Fees Withholding | ACTOS Attorney's Fees per court order dated 7/6/17  ($12,727.89) | 3991-000 | | | |
| | | Common Benefit Costs | ACTOS Attorney's Costs per court order dated 7/16/17  ($2,959.97) | 3992-000 | | | |
| | | Garretson Resolution Group, Lien Resolution Administrator | LRA Fee  ($750.00) | 3991-000 | | | |
| | 8 | | Debtors has representation in a class action claim against T  $147,998.70 | 1142-000 | | | |
| 09/13/17 | | ACTOS Settlement Fund 201725500 | Return of LRA Fee | 3991-000 | | ($750.00) | $132,310.84 |
| 09/13/17 | 1002 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Bouelvard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court  dated 7/6/17 Reversal<br><br>Order approved $6,887.85 and authorized ACTOS Claims Administrator to withhold $2,959.97 to reimburse attorneys who created ACTOS Common Benefit Fund. Costs to special counsel should be $3,927.88 | 3220-000 | | ($6,887.85) | $139,198.69 |
| 09/13/17 | 1001 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Fees to Trustee's Special Counsel per order of Court  dated 7/6/17 Reversal<br><br>Payee names too large to fit in space provided with address. A new check will be issued showing the payee names only. | 3210-000 | | ($49,332.41) | $188,531.10 |

Page Subtotals: $131,560.84    ($56,970.26)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-15049 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Beverly Ann Williams | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6370 |
| | Checking |
| Taxpayer ID No: XX-XXX2849 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/17 | 1004 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 Reversal  Payee names too large to fit in space provided with address. A new check will be issued showing the payee names only. | 3220-000 | | ($3,927.88) | $192,458.98 |
| 09/13/17 | 1001 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Fees to Trustee's Special Counsel per order of Court dated 7/6/17 | 3210-000 | | $49,332.41 | $143,126.57 |
| 09/13/17 | 1002 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Bouelvard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 | 3220-000 | | $6,887.85 | $136,238.72 |
| 09/13/17 | 1003 | GRG Lien Repayment Trust Garretson Resolution Group ATTN: Lien Payment Processor 4064 Colony Road, 2nd Floor Charlotte, NC 28211 | ACTOS; Giradi Keese Payment of 3 Healthcare Liens | 4220-000 | | $2,926.08 | $133,312.64 |
| 09/13/17 | 1004 | James Gaughan O'Callahan and the law firm of Girardi Keese a Girardi Keese 1126 Wilshire Boulevard Los Angeles, CA 90017 | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 | 3220-000 | | $3,927.88 | $129,384.76 |
| 09/13/17 | 1005 | James Gaughan O'Callahan & the law firm of Girardi Keese and Steven D. Gacovino & the law firim of Gacovino, Lake & Associates, P.C. | Attorneys' Fees to Trustee's Special Counsel per order of Court dated 7/6/17 | 3210-000 | | $49,332.41 | $80,052.35 |
| 09/13/17 | 1006 | James Gaughan O'Callahan & the law firm of Girardi Keese and Steven D. Gacovino & the law firm of Gacovino, Lake & Associates, P.C. | Attorneys' Costs to Trustee's Special Counsel per order of Court dated 7/6/17 | 3220-000 | | $3,927.88 | $76,124.47 |
| | | | Page Subtotals: | | $0.00 | $112,406.63 | |

UST Form 101-7-TDR (10/1/2010)  (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-15049 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Beverly Ann Williams | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6370 |
| | Checking |
| Taxpayer ID No: XX-XXX2849 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/17 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $9,093.46 | $67,031.01 |
| 12/21/17 | 1008 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $8.58 | $67,022.43 |
| 12/21/17 | 1009 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $11,400.00 | $55,622.43 |
| 12/21/17 | 1010 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $70.34 | $55,552.09 |
| 12/21/17 | 1011 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $4,605.09 | $50,947.00 |
| | | | ($17.63) | 7990-000 | | | |
| | | Fifth Third Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($4,587.46) | 7100-000 | | | |
| 12/21/17 | 1012 | Fifth Third Bank<br>Po Box 9013<br>Addison,Tx 75001 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $12,838.25 | $38,108.75 |

| | | | Page Subtotals: | | $0.00 | $38,015.72 | |

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-15049  
Case Name: Beverly Ann Williams  
Taxpayer ID No: XX-XXX2849  
For Period Ending: 03/05/2018

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6370  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($49.14) | 7990-000 | | | |
| | | Fifth Third Bank | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($12,789.11) | 7100-000 | | | |
| 12/21/17 | 1013 | State Farm Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $6,979.19 | $31,129.56 |
| | | | ($26.71) | 7990-000 | | | |
| | | State Farm Bank | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($6,952.48) | 7100-000 | | | |
| 12/21/17 | 1014 | Beverly Ann Williams 1967 N. 19TH AVENUE APT# 5 MELROSE PARK, IL 60160 | Distribution of surplus funds to debtor. | 8200-002 | | $31,129.56 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $131,560.84 | $131,560.84 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $131,560.84 | $131,560.84 |
| Less: Payments to Debtors | $0.00 | $31,129.56 |
| Net | $131,560.84 | $100,431.28 |

Page Subtotals: $0.00 $38,108.75

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6370 - Checking | $131,560.84 | $100,431.28 | $0.00 |
|  | $131,560.84 | $100,431.28 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $16,437.86 |
| Total Net Deposits: | $131,560.84 |
| Total Gross Receipts: | $147,998.70 |

Page Subtotals: $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*